IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:11-cv-260

| | |
|---|---|
| STEVE KEHRER and MIKE A. BEACHAM,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY FIELDS, MICHAEL FIELDS, RILEY CRANSTON, and STUART HICKS,<br><br>Defendants. | **Order of Dismissal Without Prejudice** |

Based upon the Motion of the Plaintiffs and with the Consent of the Defendant, this case is hereby dismissed **without prejudice**.

Dated: January 23, 2012.

_____
Louis W. Flanagan
United States District Judge