IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:11-cv-260

STEVE KEHRER and MIKE A. BEACHAM,

    Plaintiffs,

v.

JEFFREY FIELDS, MICHAEL FIELDS, RILEY CRANSTON, and STUART HICKS,

    Defendants.

**Order of Dismissal Without Prejudice**

Based upon the Motion of the Plaintiffs and with the Consent of the Defendant, this case is hereby dismissed **without prejudice**.

Dated: January 23, 2012.

_____
Louis W. Flanagan
United States District Judge